# 722　Cases Reported with Brief Syllabi.

875). The orderly administration of justice required the trial court to accept the decision of this court as making the law of the case. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

STEFANO MITACHIONE, Respondent, v. NEWARK EXPRESS AND TRANSPORTATION COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ROSE M. PALMER and LILLIAN PALMER, Respondents, v. ROTARY REALTY Co., INC., and Others, Appellants.— Order and final judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

DORA RAMLER, an Infant, etc., by HERMAN RAMLER, Her Guardian ad Litem, Respondent, v. FOX VARIETIES Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

HERMAN RAMLER, Respondent, v. FOX VARIETIES Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

LEONARD KIP RHINELANDER, Appellant, v. ALICE JONES RHINELANDER, Respondent.— Order granting to defendant's attorney additional counsel fees affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

SUSIE SILVESTRO, an Infant, by MIKE SILVESTRO, Her Guardian ad Litem, Respondent, v. MOSCARELLI CONTRACTING Co., INC., etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MIKE SILVESTRO, Respondent, v. MOSCARELLI CONTRACTING Co., INC., etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

F. CHARLES WAPPLER, Appellant, v. WAPPLER ELECTRIC COMPANY, INC., Respondent.— Order denying motion to vacate notice of examination affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

JEAN MARSH WHEELER, Respondent, v. LONNI W. SANGER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

ESTHER WITTNER, Respondent, v. BARNE SILVER, etc., Appellant.— Judgment unanimously affirmed, but without costs, as respondent did not appear or submit brief at time of argument. Brief was submitted December 28, 1926. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

HARRY WITTNER, Respondent, v. BARNE SILVER, etc., Appellant.— Judgment unanimously affirmed, but without costs, as respondent did not appear or submit brief at time of argument. Brief was submitted December 28, 1926. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

CHARLES H. P. YALLALEE, Respondent, v. STONY POINT REALTY CORPORATION, STONY POINT OPERATING COMPANY, INC., and PAUL GOLDTHORPE, Appellants, Impleaded with Others.— Order directing plaintiff to serve an amended complaint in which he shall separately state and number the causes of action arising out of the contracts referred to in the sixth paragraph of his complaint, and denying